**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| STEVEN S. HALL | ) | BANKRUPTCY CASE NUMBER 09-13205 |
| TANYA M. HALL | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 5 | Imagi LLC<br>NE IN Endoscopy Center<br>7900 W. Jefferson Blvd., #202<br>Fort Wayne, Indiana  46804 | $ 4.42 |
| CLAIM # 10 | Fort Wayne Radiology<br>Lockbox A20<br>Post Office Box 2601<br>Fort Wayne, Indiana 46801-2601 | $ 0.84 |
| CLAIM # 23 | Summit Radiology<br>c/o Snow & Sauerteig<br>203 East Berry Street, #1310<br>Fort Wayne, Indiana   46802 | $ 4.37 |

**TOTAL:    $ 9.93**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of July, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven